UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNEDY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-968-JAR |
| ) | |
| PATRICK R. DONAHOE, Postmaster ) | |
| General, and BERNARD FEDER, CEO ) | |
| AMERICAN POSTAL WORKERS ) | |
| UNION, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On Petitioner's Motion for Extension of Time to File Answer [ECF No.14] and with the consent of Defendant Donahoe,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time [14] is **GRANTED**. Plaintiff is granted until **Wednesday, December 5, 2012** in which to file his response to Defendant's motion to dismiss. [ECF No. 10]

Dated this _9_ day of November, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE